MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
PETER THOMPSON, SBN HI 5890
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAHMAI D. SCHMIDT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 4:11-cv-01881 CW<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Parties have agreed to voluntary remand of this case for further administrative proceedings pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), sentence six.

    Remand is required because Plaintiff's representative submitted evidence to the Appeals Council which was not associated with the record before the Council issued its denial notice of February 18, 2011.

    Upon remand the Appeals Council will consider the medical evidence submitted by Plaintiff's representative, determine whether the additional evidence warrants remand to an Administrative Law Judge, and issue a new notice.

\\

1
2
3  Dated: *July 19, 2011*            /s/
                                    *(As authorized via e-mail on July 19, 2011)*
4                                   Marc V. Kalagian
                                    Attorney for Plaintiff
5
6                                   MELINDA L. HAAG
                                    United States Attorney
7
8  Dated: *July 19, 2011*      By:  /s/ *Peter Thompson*
                                    PETER THOMPSON
9                                   Special Assistant United States Attorney
10                                  <u>ORDER</u>
11
12     APPROVED AND SO ORDERED.
13  DATED: 7/20/2011
14                                  _____
                                    THE HONORABLE CLAUDIA WILKEN
15                                  UNITED STATES DISTRICT JUDGE