1  Marc V. Kalagian
   Attorney at Law: 149034
2    Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Jahmai D. Schmidt

7

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA

10

11

12  JAHMAI D. SCHMIDT,                      ) Case No.: 4:11-cv-01881 CW
                                            )
13             Plaintiff,                   ) [PROPOSED]
                                            ) ORDER REOPENING CASE
14       vs.                                ) FOR THE PURPOSE OF
                                            ) ENTERING A DISMISSAL
15  CAROLYN W. COLVIN,[1] Acting            )
    Commissioner of Social Security,        )
16                                          )
              Defendant                     )
17  _____      )

18     It is hereby ordered that the stipulation of the parties to reopen this case for

19  the purpose of entering a dismissal is approved.

20

21

22  _____

23  [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
    February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
24  Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
    Michael J. Astrue as Defendant in this suit. No further action need be taken to
25  continue this suit by reason of the last sentence of section 205(g) of the Social
    Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26  Commissioner as the Commissioner.

1    IT IS HEREBY ORDERED, that this case is reopened. The Court will issue
2  a separate order of dismissal.

3  DATE: 11/13/2013
4  _____
    THE HONORABLE CLAUDIA WILKEN
5   UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26