1  Marc V. Kalagian
   Attorney at Law: 149034
2    Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Jahmai D. Schmidt

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMAI D. SCHMIDT, | Case No.: 4:11-cv-01881 CW |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER REOPENING CASE FOR THE PURPOSE OF ENTERING A DISMISSAL |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant | |

It is hereby ordered that the stipulation of the parties to reopen this case for the purpose of entering a dismissal is approved.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1    IT IS HEREBY ORDERED, that this case is reopened. The Court will issue
2 a separate order of dismissal.

3 DATE: 11/13/2013
4 _____
5 THE HONORABLE CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

-2-